UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, AFL-CIO

CASE NO. 01-CV-2430(ADM/AJB)

Plaintiff,

vs.

**STIPULATION TO JOIN NECESSARY PARTY** AND ORDER

SUN COUNTRY AIRLINES, INC.,
THE MARK TRAVEL CORPORATION,
FUNJET VACATIONS AND CONTROLLED
GROUP AFFILIATES A-N,

Defendants.

All parties to this cause hereby agree and stipulate by and through counsel of record that Great-West Life and Annuity Insurance Company is a necessary party for the resolution of this matter and may be added as a party defendant pursuant to F.R.C.P. 19.

Dated: 2/4/02

Kerry L. Middleton (#26622X)
Erik F. Hansen (#0303410)
Fafinski Mark & Johnson, P.A.
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
*Attorney for Defendant Sun Country Airlines*

Dated: 2/4/02

Brendan D. Cummins

Richard A. Miller (#73416)
Brendan D. Cummins (#276236)
Miller O'Brien
12 South Sixth Street, Suite 1208
Minneapolis, MN 55402-1259
*Attorneys for Plaintiff International Brotherhood of Teamsters, AFL-CIO*

FEB 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, AFL-CIO

CASE NO. 01-CV-2430 (ADM/AJB)

Plaintiff,

vs.

**ORDER**

SUN COUNTRY AIRLINES, INC.,
THE MARK TRAVEL CORPORATION,
FUNJET VACATIONS AND CONTROLLED
GROUP AFFILIATES A-N,

Defendants.

Based on the stipulation of the parties, and on all of the files, records, and proceedings herein, and pursuant to F.R.C.P 19, it appears that the joinder of Great-West Life and Annuity Insurance Company will not deprive the court of jurisdiction over this matter and complete relief cannot be accorded among those already parties without such order. Accordingly,

**IT IS HEREBY ORDERED** that Great-West Life and Annuity Insurance Company is added as a party defendant to the above-entitled action.

Dated: February 4, 2002

**BY THE COURT:**

Arthur J. Boylan
United State Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK