**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

International Brotherhood
of Teamsters, AFL-CIO,

Plaintiff,

v.

**ORDER**
Civil No. 01-2430 ADM/AJB

Sun Country Airlines, Inc.,
The Mark Travel Corporation,
Funjet Vacations, Controlled
Group Affiliates A-N, and Great-West Life
& Annuity Insurance Company,

Defendants.

---

Brendan D. Cummins, Esq., Miller O'Brien, Minneapolis, MN, appeared for and on behalf of Plaintiff.

Kerry L. Middleton, Esq., and Erik F. Hansen, Esq., Fafinski Mark & Johnson, P.A., Eden Prairie, MN, appeared for and on behalf of Defendant Sun Country Airlines, Inc.

Kevin D. Hofman, Esq, and Keith J. Halleland, Esq., Halleland Lewis Nilan Sipkins & Johnson, P.A., Minneapolis, MN, appeared for and on behalf of Defendant Great-West Life & Annuity Insurance Company.

---

On February 14, 2002, the undersigned United States District Judge heard Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 18]. Based upon the arguments of counsel, together with all of the files, records and proceedings, and for the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 18] is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: February 14, 2002

(27)

2/19/02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK