UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO

Plaintiff,

vs.

SUN COUNTRY AIRLINES, INC., THE MARK TRAVEL CORPORATION, FUNJET VACATIONS AND CONTROLLED GROUP AFFILIATES A-N, AND GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

Defendants.

CASE NO. 01-CV-2430(ADM/AJB)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Based upon the Stipulation for Dismissal Without Prejudice entered into and filed by the parties, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed without prejudice and without further cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: October 3, 2002

United States District Court Judge
ANN D. MONTGOMERY

FILED 10-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 10-4-02
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, AFL-CIO

CASE NO. 01-CV-2430(ADM/AJB)

Plaintiff,

vs.

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

SUN COUNTRY AIRLINES, INC.,
THE MARK TRAVEL CORPORATION,
FUNJET VACATIONS AND CONTROLLED
GROUP AFFILIATES A-N, AND GREAT-WEST
LIFE & ANNUITY INSURANCE COMPANY,

Defendants.

---

It is hereby stipulated and agreed, by and between the parties hereto through their respective counsel, that the above-entitled action and all claims asserted herein may be, and the same hereby are, dismissed without prejudice and without further cost to any of the parties hereto.

It is further stipulated and agreed that any party, without notice to the others, may cause judgment of dismissal without prejudice to be entered herein.

Dated: Sept 26, 2002

Erik F. Hansen

Kerry L. Middleton (#26622X)
Erik F. Hansen (#0303410)
Fafinski Mark & Johnson, P.A.
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
(952) 995-9500

***Attorneys for Defendant Sun Country Airlines***

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: September 23, 2002

Brendan D. Cummins (#276236)
Miller O'Brien
12 South Sixth Street, Suite 1208
Minneapolis, MN 55402-1259
(612) 333-5831

***Attorney for Plaintiff International Brotherhood of Teamsters, AFL-CIO***

Dated: 25 Sept 02

Kevin D. Hofman (#179978)
Halleland Lewis Nilan Sipkins & Johnson, P.A.
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

***Attorney for Defendant Great-West Life & Annuity Insurance Company***